UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GERARD HEALEY, )<br>)<br>Respondent. )<br>_____) | 11-cv-142-SM |

### ORDER ON CONTEMPT PETITION

A hearing was held on June 20, 2011, on the United States' Petition for Civil Contempt. DN 1.

The United States represented as follows:

On July 13, 2010, the Internal Revenue Service issued two summonses requiring Mr. Healey to appear at the IRS office in Portsmouth, New Hampshire, on August 17, 2010. Although the summonses were served on Mr. Healey on July 14, 2010, by leaving copies of the summonses with Mr. Healey's wife at his abode, Mr. Healey failed to appear at the IRS Office on August 17, 2010. On January 27, 2011, the Court ordered Mr. Healey to comply with the summonses and appear at the Portsmouth IRS office on March 9, 2011, at 9:00 a.m. Again, Mr. Healey failed to appear as required by the Order. As a result, on March 28, 2011, the Court issued an Order to Show Cause why Mr. Healey should not be held in civil contempt, and scheduled a hearing for June 20, 2011.

At the United States' request, the Court orders as follows:

1. On or before 5:00 p.m., on June 27, 2011, Gerard Healey will deliver to Debra Daugherty, Revenue Officer, IRS, 80 Daniel Street, PO Box 9502, Portsmouth, New Hampshire, 03802, all of the information requested in the IRS summonses issued to him on July 13, 2010;

2. If Mr. Healey fully complies with the summonses, the United States will file promptly a notice of compliance with this Court withdrawing its Petition for Civil Contempt; and

3. If Mr. Healey does not fully comply with the summons as ordered by 5:00 p.m., June 27, 2011, the United States will promptly notify this Court, and further proceedings will be held with respect to disposition of the United States' pending Petition for Civil Contempt.

So Ordered:

Dated: June 22, 2011

_____
Steven J. McAuliffe
Chief Judge

cc: Gerard Healey
    T. David Plourde, AUSA